Anna S. Hopstein, Appellee, v. Joseph Hentschel, Appellant.

Gen. No. 41,959.

Heard in first division, first district, this court at October term, 1941; opinion filed April 20, 1942. Clifford D. Elger, for appellant; Bernard A. Stol, of counsel; Harry J. Guyon, for appellee. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''